BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FERNANDEZ-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00629 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| ALEJANDRO FERNANDEZ-ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the initial court hearing currently set for Wednesday, March 11, 2009 may be continued to Wednesday, March 25, 2009 at 9:00 a.m. to permit the defense to review recently provided discovery.  The parties further stipulate and agree that 35 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: March 9, 2009

_____/s/_____
CHAD MANDELL
Assistant U.S. Attorney

Stipulation and [Proposed] Order Continuing
Hearing                                                            1

1  Dated: March 9, 2009

2
3                                            _____/s/_____
                                             CYNTHIA C. LIE
                                             Assistant Federal Public Defender
4

5                              **[PROPOSED] ORDER**

6      Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial

7  court hearing currently scheduled for Wednesday, March 11, 2009 shall be continued to

8  Wednesday, March 25, 2009 at 9:00 a.m.

9      It is further ordered that 35 days shall be excluded from the time within which trial shall

10 commence under the Speedy Trial Act, as the reasonable time necessary for effective defense

11 preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(8)(B)(iv).

12
13 Dated: March  10 , 2009
                                             _____
                                             JEREMY FOGEL
14                                           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                              2