BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FERNANDEZ-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00629 JF |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | ) ) | |
| ALEJANDRO FERNANDEZ-ROMERO, | ) ) | |
| Defendants. | ) ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Wednesday, May 20, 2009 may be continued to Wednesday, June 17, 2009 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to conduct investigation the parties believe may be relevant to settlement negotiations.

The parties further stipulate and agree that 28 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing, CR 08-00629 JF                                            1

Dated: May 18, 2009

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: May 18, 2009

s/_____
CHAD MANDELL
Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Wednesday, May 20, 2009 shall be continued to Wednesday, June 17, 2009 at 9:00 a.m.

It is further ordered that 35 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 19, 2009

_____
JEREMY FOGEL
United States District Judge